

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00679-CV

Maria E. **ESQUIVEL DE AGUILERA**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00587
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: May 24, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on January 13, 2023. Neither the brief nor a motion for extension of time was filed. Therefore, on March 1, 2023, we ordered appellant to file, on or before March 13, 2023, the appellant's brief and a written response reasonably explaining her failure to timely file her brief. We explained that if appellant failed to file a brief and the written response by the date ordered, then her appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a); *see also* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal if appellant has failed

to comply with a court order). Appellant has failed to file her brief or otherwise respond to our order. Therefore, this appeal is dismissed for want of prosecution.

PER CURIAM